**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION--DETROIT**

**IN THE MATTER OF:**
Steven Louis Clark,                           Bankruptcy Case No. 18-50082
Petra Helga Clark,                            Honorable Maria L. Oxholm
                                                           Chapter 13
                 Debtors.
_____/

## **ORDER CONFIRMING PLAN**

The debtors' Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the debtors' Chapter 13 Plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Stevenson & Bullock, P.L.C., Attorney for the debtors, for the allowance of compensation and reimbursement of expenses shall be awarded by application and paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtors shall maintain all policies of insurance on all property of the debtors and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED that the Class 5.1. claim of Lake Trust Credit Union shall be paid as modified in the amount of $8,657.76 with an interest rate of 5.5% to be paid at $165.37 per month.

IT IS FURTHER ORDERED that $19,000.00 + $2,950.00 + $1,040.00 payments shall post to the trustee's records by November 4, 2019.

*[Signatures on following page]*

1

/s/ Tammy L. Terry
Tammy L. Terry (P46254)
Chapter 13 Standing Trustee
535 Griswold, Ste. 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

/s/ Kimberly Bedigian (P54812)
Stevenson & Bullock, P.L.C.
Attorney for the debtors
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
kbedigian@sbplclaw.com

/s/ Kelly L. Scola (P47219)
Karen L. Rowse-Oberle (P41893)
Kelly L. Scola (P47219)
Attorney for Lake Trust Credit Union
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
Krowse-oberle@brolawpllc.com

/s/ Jay S. Kalish (P26301)
Attorney for Terrence Harris
2000 Town Center, Suite 1900
Southfield, MI 48075
(248) 932-3000
jskalish@aol.com

/s/ Thomas P. Christy (P55593) as to order proper, not preamble
Attorney for Sara Randi Alshatti
801 West Big Beaver Road, Suite 500
Troy, MI 48084
(248) 362-1300
tchristy@dflaw.com

/s/ Jonathan T. Walton, Jr. (P32969)
Attorney for Sumika Polymers North America, LLC
One Woodward Avenue, Suite 1550
Detroit, MI 48226
(313) 237-7300
jwalton@fraserlawfirm.com

**Signed on October 25, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge